**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Zoltan Varju__    JOINT DEBTOR: _____    CASE NO.: 13-16707-RAM
Last Four Digits of SS# xxx-xx- 5718   Last Four Digits of SS# _____   Case Filed On: 03/26/2013

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 250.00 __ for months __1__ to __36__ ;
    B.    $_____ for months _____ to _____ ;
    C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 __ Plus filing fees and costs
             TOTAL PAID $ 3,500.00 __ Plus filing fees and costs
             Balance Due $ __0.00__ payable $ __0.00__ /month (Months __1__ to __36__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $_____ /month (Months _____ to _____ )
_____    Regular Payment    $_____ /month (Months _____ to _____ )
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
             Payable $_____ /month (Months____ to ___) Regular Payment $_____
2. _____    Total Due $_____
             Payable $_____ /month (Months____ to ___) Regular Payment $_____

Unsecured Creditors:    Pay $ __225.00__ /month (Months __1__ to __36__ ).
                      Pay $_____ /month (Months _____ to _____ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will pay direct and outside the plan to secured creditor Green Tree, re acc't #xxx9886, for mortgage on homestead property located at 2903 NE 163rd Street, North Miami Beach, FL 33160.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____    _____/s/_____
Debtor    Joint Debtor

Date: March 28, 2013    Date: _____

LF-31 (rev. 01/08/10)